**No. 63094.**—Knicherbacker Plastics Co., Inc., et al. v. United States, protests 58/13888, etc. (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the merchandise consists of electric motors the same in all material respects as those the subject of Abstract 60545, the claim of the plaintiffs was sustained.